# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00610-MOC-DSC

| | |
|---|---|
| **INVUE SECURITY PRODUCTS INC.,** | )<br>) |
| **Plaintiff,** | )<br>) |
| | ) **ORDER** |
| v. | )<br>) |
| **MOBILE TECH, INC.,** | )<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Alan H. Norman]" (document #15) filed January 6, 2016. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: January 7, 2016

David S. Cayer
United States Magistrate Judge