**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| InVue Security Products, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Mobile Tech, Inc. d/b/a Mobile Technologies, Inc. and MTI, formerly known as Merchandising Technologies, Inc., <br><br> Defendant. | No.: 3-15-CV-00610-MOC-DSC |

**PLAINTIFF'S NOTICE OF FILING SUBSTITUTE EXHIBIT A
TO ITS FIRST AMENDED COMPLAINT**

Plaintiff InVue Security Products, Inc. ("Plaintiff" or "InVue") hereby gives notice of filing a substitute Exhibit A to its First Amended Complaint filed February 23, 2016 (ECF Document Number 24).

Plaintiff substitutes a true and accurate copy of the recently issued U.S. Patent No. 9,269,247 ("the '247 Patent") for the Notice of Issuance of the '247 Patent and listing of claims originally filed as Ex. A to the First Amended Complaint (ECF Document Number 24-1). A copy of the substitute Exhibit A to the First Amended Complaint, the issued '247 Patent, is included herewith.

This notice and the substitute exhibit attached hereto will be served on Defendant as reflected by the Certificate of Service.

This the 29th day of March, 2016.	Respectfully submitted,

s/ Tim F. Williams
Tim F. Williams (Fed. Id. 6276)
Steven R. LeBlanc (Fed. Id. 7000)
DORITY & MANNING, P.A.
P.O. Box 1449
Greenville, S.C. 29602-1449
Tel: 864-271-1592
Fax: 864-233-7342
timw@dority-manning.com

J. Mark Wilson
N.C. Bar Number 25763
MOORE & VAN ALLEN, PLLC
100 North Tryon Street
Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
Email: markwilson@mvalaw.com

**Attorneys for the Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed **PLAINTIFF'S NOTICE OF FILING SUBSTITUTE EX. A TO ITS FIRST AMENDED COMPLAINT** with the Clerk of Court for the United States District Court, Western District of North Carolina, using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to all attorneys of record who are registered on the CM/ECF system and have consented to accept service by electronic means. including

Richard S. Glaser (N.C. Bar No. 13998)
Alice C. Richey (N.C. Bar No. 13677)
Parker Poe Adams & Bernstein LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
P: (704) 335-9531
F: (704) 335-4476

Matthew A. Braunel (*Pro Hac Vice*)
Steven E. Garlock (*Pro Hac Vice*)
Alan H. Norman (*Pro Hac Vice*)
David B. Jinkins (*Pro Hac Vice*)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO 63101
P: (314) 552-6000
F: (314) 552-7000


Dated: March 28, 2016                                          s/ Tim F. Williams