IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| InVue Security Products Inc., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | No.: 3-15-CV-00610-MOC-DSC |
| v. ) | |
| ) | |
| Mobile Tech, Inc. d/b/a Mobile Technologies Inc. ) | |
| and MTI, formerly known as Merchandising ) | |
| Technologies Inc., ) | |
| ) | |
|     Defendants. ) | |
| ) | |

## ORDER

**THIS MATTER** is before the Court on Defendants' "Motion to Stay Case Pending Determination of Inter Parties Review Proceeding" (document #32) and the parties' briefs and exhibits.

Defendants seek a stay of this case pending determination of their petitions before the United States Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB") seeking Inter Parties Review ("IPR"). For the reasons stated in Plaintiff's brief in opposition, the Court finds that Defendants' Motion to Stay is premature. See Document #35 at 10.

Accordingly, the Motion to Stay is <u>denied without prejudice</u> to Defendants' right to file a motion to stay in the event that PTAB institutes an IPR.

**SO ORDERED.**

Signed: May 20, 2016

David S. Cayer
United States Magistrate Judge

Page **1** of **1**