# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00610-MOC-DSC

| | |
|---|---|
| **INVUE SECURITY PRODUCTS INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MOBILE TECH, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court on the "Consent Motion to Consolidate [NCWD File No 3:16cv734-RJC-DSC into the above-captioned matter]" (document #54) and "Consent Motion to Stay Case Pending Determination of *Inter Parties* Review Proceedings" (document #55).

After conferring with the chambers of the Honorable Max O. Cogburn, Jr. and the Honorable Robert J. Conrad, Jr., the Motions will be granted.

**IT IS, THEREFORE, ORDERED** that NCWD File No 3:16cv734-RJC-DSC shall be consolidated with NCWD File No. 3:15-CV-00610-MOC-DSC, which shall continue as the "Lead Case" for docketing purposes.

**IT IS FURTHER ORDERED** that the consolidated matter is **STAYED** pending *Inter Parties* Review Proceedings. The parties shall submit a status report six months from the date of this Order and every subsequent six months until the review is completed or otherwise terminated.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: November 8, 2016

David S. Cayer
United States Magistrate Judge