UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00610-MOC-DSC

| | |
|---|---|
| **INVUE SECURITY PRODUCTS INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **MOBILE TECH, INC.,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on plaintiff's Consent Order to Consolidate and Stay (#58). The court notes that the defendant consents to this Motion. Having considered the motion and reviewed the pleadings, the court enters the following Order. Under the court's discretion under F.R.Civ.P. 42(a), the court will grant the instant Motion and consolidate the related cases currently pending in this District.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Consent Order to Consolidate and Stay (#58) is **GRANTED**, and this case will be consolidated with 3:17-cv-0075-FDW-DCK. The above-captioned case, ending in 610, shall be the lead case.

**FURTHER, IT IS ORDERED** that the stay previously imposed shall extend to the newly-consolidated case. The action is stayed pending determination by the U.S. Patent Trial and Appeal Board of one or more of the five petitions currently pending there. The stay shall be

imposed until further Order of this court, upon motion of one or more of the parties in the newly-consolidated case.

Signed: March 13, 2017

Max O. Cogburn Jr.
United States District Judge